# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: RANDALL L. VASSEUR & CHARLENE M. VASSEUR    Case Number: 07-71444
5385 PEBBLE LANE              SSN-xxx-xx-5083 & xxx-xx-2041
LOVES PARK, IL  61111

Case filed on:  6/15/2007
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $5,100.00            Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | ACCOUNT RECOVERY SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | RANDALL L. VASSEUR | 0.00 | 0.00 | 3,016.33 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 3,016.33 | 0.00 |
| 001 | AMERICREDIT | 7,771.69 | 7,771.69 | 1,161.30 | 658.70 |
| 002 | ECAST SETTLEMENT CORPORATION | 1,778.73 | 500.00 | 92.30 | 31.70 |
| 036 | FOREST HILLS VILLAGE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 9,550.42 | 8,271.69 | 1,253.60 | 690.40 |
| 001 | AMERICREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | ECAST SETTLEMENT CORPORATION | 0.00 | 127.87 | 0.00 | 0.00 |
| 003 | ROYCE FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | AAA COMMUNITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ACE CASH EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ACE CASH EXPRESS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | AFFORDABLE CASH ADVANCE | 1,051.13 | 105.11 | 0.00 | 0.00 |
| 008 | ALL CREDIT LENDERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ASPIRE VISA | 1,117.08 | 111.71 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 714.75 | 71.47 | 0.00 | 0.00 |
| 011 | CASH ASAP - #317 | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ROUNDUP FUNDING LLC | 2,572.25 | 257.22 | 0.00 | 0.00 |
| 013 | CHECK INTO CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | CORTRUST BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | LVNV FUNDING LLC | 633.05 | 63.30 | 0.00 | 0.00 |
| 016 | DISH NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | PREMIER BANKCARD/CHARTER | 405.82 | 40.58 | 0.00 | 0.00 |
| 018 | PREMIER BANKCARD/CHARTER | 377.76 | 37.78 | 0.00 | 0.00 |
| 019 | ECAST SETTLEMENT CORPORATION | 508.50 | 50.85 | 0.00 | 0.00 |
| 020 | ILLINOIS DEPT OF PUBLIC AID | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | MERRICK BANK | 1,265.75 | 126.57 | 0.00 | 0.00 |
| 022 | MUTUAL MANAGEMENT SERVICES | 5,706.68 | 570.67 | 0.00 | 0.00 |
| 023 | NICOR GAS | 443.16 | 44.32 | 0.00 | 0.00 |
| 024 | NORTHERN ILLINOIS SCANNING | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | QUICK CLICK LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ACCOUNT RECOVERY SERVICES | 622.00 | 62.20 | 0.00 | 0.00 |
| 028 | ROCKFORD HEALTH PHYSICIANS | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | ROCKFORD MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ROCKFORD MERCANTILE AGENCY INC | 8,926.99 | 892.70 | 0.00 | 0.00 |
| 031 | ROCKFORD RADIOLOGY / MUTUAL MNGT | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | SALUTE CREDIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | SECURITY FINANCE | 394.33 | 39.43 | 0.00 | 0.00 |
| 034 | SWEDISH AMERICAN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | COTTONWOOD FINANCIAL | 955.41 | 95.54 | 0.00 | 0.00 |
| 037 | ROUNDUP FUNDING LLC | 230.05 | 23.00 | 0.00 | 0.00 |
|  | Total Unsecured | 25,924.71 | 2,720.32 | 0.00 | 0.00 |
|  | Grand Total: | 35,475.13 | 10,992.01 | 4,269.93 | 690.40 |

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

| | |
|---|---|
| Total Paid Claimant: | $4,960.33 |
| Trustee Allowance: | $139.67 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                                              /s/ Lydia S. Meyer
                                            Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on <u>06/25/2008</u>          By  /s/Heather M. Fagan